IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

IN RE: CAMERON CHRISP,           )          8:15CV167
                                 )
                                 )          MEMORANDUM OPINION
_____)

On August 31, 2015, the Court ordered plaintiff to update his address with the Court within 30 days or face dismissal of this action.  To date, plaintiff has not updated his address or taken any other action in this matter.

This matter will be dismissed without prejudice because plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.  A separate judgment will be entered in accordance with this memorandum opinion.

DATED this 7th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court